# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 18 |

Good cause being shown, Plaintiff's request for an extension of time to file an amended complaint is GRANTED. Dkt. No. 18. Plaintiff shall file an amended complaint by March 30, 2018. Failure to file an amended complaint in accordance with this order in the time provided will result in the dismissal of this action.

This order terminates Docket No. 18.

**IT IS SO ORDERED.**

Dated: 1/23/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge