United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    CARLOS A. HAWTHORNE,                    Case No. 17-cv-04960-HSG

8              Plaintiff,                    **ORDER GRANTING EXTENSION OF
                                             TIME TO FILE SECOND AMENDED**
9        v.                                  **COMPLAINT**

10   A YANEZ, et al.,                        Re: Dkt. No. 33

11             Defendants.

12

13        Good cause being shown, Plaintiff's request for an extension of time to file a second

14   amended complaint is GRANTED.  Dkt. No. 33.  If Plaintiff wishes to file a second amended

15   complaint, he must file the second amended complaint by February 19, 2021.  If Plaintiff fails to

16   file a second amended complaint in the time provided, the first amended complaint will remain the

17   operative complaint and this action will proceed on the claims found cognizable in the Court's

18   November 24, 2020 order of partial service.  The Court will not reset the briefing schedule at this

19   time.  If Plaintiff files a second amended complaint, the Court will reset the briefing schedule at

20   that time.

21        This order terminates Dkt. No. 33.

22        **IT IS SO ORDERED.**

23   Dated:  12/18/2020

24                                           _____
                                             HAYWOOD S. GILLIAM, JR.
25                                           United States District Judge

26

27

28