UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>    Plaintiff,<br><br>    v.<br><br>A YANEZ, et al.,<br><br>    Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AS MOOT**<br><br>Re: Dkt. No. 35 |

Plaintiff's renewed request for an extension of time to file his second amended complaint is DENIED as MOOT. Dkt. No. 35. The Court has already granted Plaintiff an extension of time to February 19, 2021 to file his second amended complaint. Dkt. No. 34.

This order terminates Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: 1/4/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge