1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7     CARLOS A. HAWTHORNE,                          Case No. 17-cv-04960-HSG

8                    Plaintiff,                     **ORDER GRANTING SECOND**
                                                    **EXTENSION OF TIME TO FILE**
9              v.                                   **SECOND AMENDED COMPLAINT**

10    A YANEZ, et al.,                              Re: Dkt. No. 39

11                   Defendants.

12

13          Good cause being shown, Plaintiff's request for a second extension of time to file his

14    second amended complaint is GRANTED.  Dkt. No. 39.  If Plaintiff wishes to file a second

15    amended complaint, he must file the second amended complaint by May 21, 2021.  If Plaintiff

16    fails to file a second amended complaint in the time provided, the first amended complaint will

17    remain the operative complaint and this action will proceed on the claims found cognizable in the

18    Court's November 24, 2020 order of partial service.  The Court will not reset the briefing schedule

19    at this time.  If Plaintiff files a second amended complaint, the Court will reset the briefing

20    schedule at that time.

21          Plaintiff has indicated that he plans to file a discovery request with the Court.  Dkt. No. 39.

22    Plaintiff should not file his discovery requests or responses with the Court.  Discovery requests

23    and responses normally are exchanged between the parties without any copy sent to the court.  *See*

24    Fed. R. Civ. P. 5(d) (listing discovery requests and responses that "must not" be filed with the

25    court until they are used in the proceeding or the court orders otherwise).  The Court generally is

26    not involved in the discovery process and only becomes involved when there is a dispute between

27    the parties about discovery responses that they cannot resolve themselves.

28    //

United States District Court
Northern District of California

1    This order terminates Dkt. No. 39.

2    **IT IS SO ORDERED.**

3    Dated:  3/19/2021

4    _____
     HAYWOOD S. GILLIAM, JR.

5    United States District Judge

United States District Court
Northern District of California