UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A YANEZ, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 46 |

　　　　Good cause being shown, the request filed by defendants G. Fonseca, A. Yanez, J. Czajkowski, J. Davis, B. Deal, and R. Thomas to change the time to file their dispositive motion is GRANTED. Dkt. No. 46. Defendants Fonseca, Yanez, Czajkowski, Davis, Deal, and Thomas shall file their dispositive motion by August 30, 2021. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants Fonseca, Yanez, Czajkowski, Davis, Deal, and Thomas no later than 28 days from the date the motion is filed. Defendants Fonseca, Yanez, Czajkowski, Davis, Deal, and Thomas shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

　　　　This order terminates Dkt. No. 46.

　　　　**IT IS SO ORDERED.**

Dated: April 30, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge