UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A YANEZ, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING DEFENDANT SWENSON'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 50 |

Good cause being shown, defendant Swensen's request for an extension of time to file his dispositive motion is GRANTED. Dkt. No. 50. Defendant Swensen shall file his dispositive motion by October 15, 2021. Plaintiff's opposition to defendant Swensen's dispositive motion must be filed with the Court and served upon defendant Swensen no later than 28 days from the date the motion is filed. Defendant Swensen shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 50.

**IT IS SO ORDERED.**

Dated: 6/22/2021

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge