UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br>　　　　Plaintiff,<br>　　v.<br>A YANEZ, et al.,<br>　　　　Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SWENSEN'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE HIS DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 52 |

Defendant Swensen's second request for an extension of time to file his dispositive motion is GRANTED IN PART AND DENIED IN PART. Dkt. No. 52. The Court previously granted defendant Swensen an extension of time from February 23, 2021[1] to October 15, 2021. Dkt. No. 51. At this stage in the litigation, defendant Swensen has not shown good cause to extend the deadline to February 11, 2022. Defendant Swensen shall file his dispositive motion by **December 10, 2021**. Plaintiff's opposition to defendant Swensen's dispositive motion must be filed with the Court and served upon defendant Swensen no later than 28 days from the date the motion is filed. Defendant Swensen shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

//
//
//
//

---

[1] Counsel for defendant Swensen did not undertake representation until May 4, 2021.

This order terminates Dkt. No. 52.

**IT IS SO ORDERED.**

Dated: 8/23/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2