UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>Plaintiff,<br><br>v.<br><br>A YANEZ, et al.,<br><br>Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING NUNC PRO TUNC DEFENDANT HAGEN'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 57 |

Good cause being shown, Defendant Hagens' request for an extension of time to file a dispositive motion is GRANTED. Dkt. No. 57. Defendant Hagens shall file her dispositive motion by **December 10, 2021**. Plaintiff's opposition to defendant Hagens' dispositive motion must be filed with the Court and served upon defendant Hagens no later than 28 days from the date the motion is filed. Defendant Hagen shall file a reply brief in support of her dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 57.

**IT IS SO ORDERED.**

Dated: 9/23/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge