UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A YANEZ, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER DISMISSING DEFENDANT DEAL**<br><br>Re: Dkt. No. 62 |

　　　　Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at San Quentin State Prison, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2021, the Court received a copy of a "Stipulation to Voluntary Dismissal with Prejudice (Fed. R. Civ. P. 41(a)(1)(A)(ii))" signed by both Plaintiff and counsel for Defendants, stating that the parties have resolved all claims against defendant B. Deal. Dkt. No. 62. Accordingly, having been notified of the settlement, defendant B. Deal is DISMISSED WITH PREJUDICE from this action. The Clerk has terminated defendant B. Deal from this action pursuant to this stipulation.

　　　　**IT IS SO ORDERED.**

Dated: 10/5/2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge