UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>  Plaintiff,<br><br>  v.<br><br>A YANEZ, et al.,<br><br>  Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING REQUEST TO MODIFY BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 64 |

Good cause being shown, Defendants' request to modify the briefing schedule is GRANTED. Dkt. No. 64.

By December 10, 2021, Defendants shall file a dispositive motion raising the exhaustion defense. Within 28 days of the date this motion is filed, Plaintiff shall file with the Court and serve upon Defendants his opposition. Within 14 days after the opposition is docketed, Defendants shall file a reply brief in support of their exhaustion-based dispositive motion. Forty-five (45) days after the Court issues its ruling on the exhaustion-based dispositive motion, Defendants shall file their merits-based motion. Within 28 days of the date the merits-based dispositive motion is filed, Plaintiff shall file with the Court and serve upon Defendants his opposition to this motion. Within 14 days after the opposition is docketed, Defendants shall file a reply brief in support of their merits-based dispositive motion.

This order terminates Dkt. No. 64.

**IT IS SO ORDERED.**

Dated: October 29, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge