UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>    Plaintiff,<br><br>    v.<br><br>A YANEZ, et al.,<br><br>    Defendants. | Case No. 17-cv-04960-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT SWENSEN'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 73 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to defendant Swensen's motion to dismiss (Dkt. No. 66) is GRANTED. Dkt. No. 73. By March 7, 2022, Plaintiff shall file with the Court, and serve upon defendant Swensen, his opposition to defendant Swensen's motion to dismiss. Within fourteen days after the opposition is docketed, defendant Swensen shall file a reply brief in support of her motion to dismiss.

This order terminates Dkt. No. 73.

**IT IS SO ORDERED.**

Dated: 1/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge