UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. HAWTHORNE,

                    Plaintiff,

        v.

A YANEZ, et al.,

                    Defendants.

Case No. 17-cv-04960-HSG

**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 99

    The Court GRANTS IN PART AND DENIES IN PART Plaintiff's request for an extension of time to file his opposition to Defendants' motion for summary judgment.  Dkt. No. 99.  By December 19, 2022, Plaintiff shall file with the Court and serve upon Defendants his opposition to Defendants' dispositive motion.  Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.  **No further extensions of time will be granted.**

    This order terminates Dkt. No. 99.

    **IT IS SO ORDERED.**

Dated:    11/18/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California