UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A YANEZ, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04960-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment, the Clerk is directed to enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:　3/7/2023

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge